CO-386-online
10/03

# United States District Court
# For the District of Columbia

The James Madison Project, et al.
)
)
)
)
                    vs              Plaintiff  )    Civil Action No. 19-2461
)
Department of the Treasury         )
)
)
                            Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The James Madison Project__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The James Madison Project__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

Bradley P. Moss
Print Name

975905
BAR IDENTIFICATION NO.

1250 Connecticut Avenue, N.W., Suite 700
Address

Washington     D.C.     20036
City           State    Zip Code

(202) 907-7945
Phone Number